In re SHAFFER et al. (Circuit Court of Appeals, Second Circuit. November 11, 1912.) No. 10. Petition to Revise Order of the District Court of the United States for the Eastern District of New York. Thomas & Op-

penheimer, of New York City (L. Oppenheimer, of New York City, of counsel), for petitioner. E. L. Bondy, of New York City, for respondent. Before LACOMBE, WARD, and NOYES, Circuit Judges.

PER CURIAM. This cause comes here on petition to revise an order (185 Fed. 549) of the District Court, Eastern District of New York, which adjudged that Harry Shaffer, one of the bankrupts, was withholding from the trustee $2,500 belonging to the bankrupt's estate, and ordered him to turn over the same to the trustee. A majority of the court concur to affirm the order on the opinion of the District Judge.